**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LILIA ROBERSON** | : | |
| **Plaintiff,** | : | **C.A.08-79ML** |
| | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **COUNTRYWIDE HOME LOANS INC.** | | |
| **BANK OF NEW YORK** | | |
| **AS TRUSTEE FOR CERTIFICATE** | : | |
| **HOLDERS CWABS, INC. ASSET** | : | |
| **BACKED CERTIFICATES,** | : | |
| **SERIES 2006-1** | : | |
| | : | |
| **Defendants** | : | |

**JOINT STATEMENT REGARDING SCHEDULING CONFERENCE AND PRE-TRIAL CASE SCHEDULE**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure Plaintiff Lilia Roberson and Defendants Countrywide Home Loans, Inc. and Bank of New York (hereinafter "Countrywide" and " Bank of NY", respectively) hereby submit the following joint statement regarding the scheduling conference and the pre-trial case schedule.

## I. Proposed Agenda of Matters to be Discussed at the Scheduling Conference

The Parties propose discussing the proposed pre-trial case schedule set forth below.

## II. Proposed Pre-Trial Case Scheduling

### A. Proposed Discovery Schedule

1. The Parties shall exchange required initial disclosures under Rule 26(a) on or before October 9, 2008.

2. To the extent that any further written discovery is necessary, the Parties shall serve such discovery on or before November 9, 2008.

3. All affirmative expert designations and disclosures shall be served by February 9, 2009.

4. All rebuttal expert designations and disclosures shall be served by February 23, 2009.

5. To the extent that any fact depositions are necessary, the Parties shall complete all fact depositions by March 9, 2009.

6. To the extent that any expert depositions are necessary, the Parties shall complete all such depositions by March 9, 2009.

7. All discovery, including completion of fact and expert depositions, shall be completed on or before March 9, 2009.

B. Proposed Motion Schedule

1. If no experts are designated, motions for summary judgment shall be served by April 9, 2009.

2. If expert witnesses are designated, motions for summary judgment shall be served by April 23, 2009.

3. To the extent that motions to amend complaints or join any additional parties are necessary, such motions shall be served by December 12, 2008

## III. Other Matters

1. Phased Discovery: The Parties do not believe that the case is complex enough to require phased discovery.

2. The Parties have discussed and considered the resolutions of the litigation through use of the Court's ADR program. At the present time, however, the Parties do not wish to participate in this program.

3. Settlement Proposals: The Parties have generally discussed settlement. At the present time settlement is not possible and as such, the litigation will

proceed accordingly.

## IV. Trial By Magistrate

The Parties do not consent to trial by Magistrate Judge at this time.

Respectfully submitted,

Lilia Roberson,

By her attorney,

/s/Christopher M. Lefebvre
#4019
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 FAX
chris@lefebvrelaw.com

Countrywide Home Loans, Inc., Bank of New York as Trustee for the Certificateholders CWI, Inc. Asset-Backed Certificates, Series 2006-1

By their attorneys,

/s/ Dean J. Wagner
#5426
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 FAX

DATED: September 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on September 4, 2008.

Date: September 4, 2008

/s/Christopher M. Lefebvre